IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATIONAL PRODUCTS, INC.,

    Plaintiff/Counter Defendant,

v.                                                         Case No. 20-cv-439-wmc

PROCLIP USA, INC.
and BRODIT AB,

    Defendants/Counter Claimants.

## PARTIAL CONSENT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff National Products, Inc. against defendants ProClip USA, Inc. and Brodit AB as follows:

A. Defendants are hereby immediately enjoined from making, using, selling, offering for sale in the United States, or importing into the United States, ProClip Product Number 100990 and any other products not patentably distinct from ProClip Product Number 100990, or from inducing or contributing to others making, using, selling, offering for sale in the United States, or importing into the United States, ProClip Product Number 100990 and any other products not patentably distinct from ProClip Product Number 100990.

B. This Partial Consent Judgment fully and finally resolves all of NPI's claims in this lawsuit with respect to U.S. Patent No. 10,956,622.

C. No party to this Partial Consent Judgment may appeal the Partial Consent Judgment.

D. Each party is to bear its own costs and attorneys' fees incurred in this litigation to date with respect to the issues disposed of by this Partial Consent Judgment.

It appearing that there is no just reason for delay, I direct that this partial final judgment be entered.

Approved as to form this 1st day of December, 2020.

_____
William M. Conley
District Judge

_____      12/1/20
Peter Oppeneer                                     Date
Clerk of Court