IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATIONAL PRODUCTS, INC.,

        Plaintiff,                       ORDER

   v.

                                             20-cv-439-wmc

PROCLIP USA, INC. &
BRODIT AB,

        Defendants.

---

Earlier today, the court held a hearing by videoconference on plaintiff's motion to compel discovery (dkt. #197) previously denied without prejudice by this court pending a meet and confer between counsel and filing of a joint statement of positions (dkt. #201). Plaintiff appeared by David K. Tellekson and defendants appeared by Elijah Byrnes Van Camp. Also participating was Douglas Sawyer for Prospect Partners. During that hearing, the court RECONSIDERED and GRANTED IN PART, DENIED IN PART and RESERVED IN PART plaintiff's motion (dkt. #197) as follows:

Defendants ProClip USA, Inc. and Brodit AB are ordered to produce to plaintiff's counsel the equity purchase agreement (dkt. #210), disclosure (dkt. #212) and amended LLC agreement (dkt. #211) previously provided to the court *in camera* on an attorney's-eyes-only basis by the end of day today, May 20, 2022. Defendants should also provide under seal the most recent financials for ProClip USA, LLC, whether audited or unaudited, and a statement as to the amount of its *current* working capital to both the plaintiff and the court by Monday, May 23, 2022. Finally, defendants have until June 3, 2022, to produce the audited 2021 financial statement for ProClip USA, LLC. If an audited

financial statement is not ready by then, court may consider more extraordinary remedies under motion by plaintiff.

    Entered this 20th day of May, 2022.

                                  BY THE COURT:

                                  /s/

                                  WILLIAM M. CONLEY
                                  District Judge